ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED

JUN 2 2 2012

U.S. COURT OF
FEDERAL CLAIMS

REEMA CONSULTING SERVICES INC.  *
8106 Hallmark Place
Gaithersburg, MD 20879           *

     Plaintiff                  *

v.                               *    Case No. 12-402-C

THE UNITED STATES OF AMERICA     *

     Defendant                  *

*    *    *    *    *    *    *    *    *    *    *

## MOTION FOR PROTECTIVE ORDER

Plaintiff, Reema Consulting Services, Inc. ("Reema"), by and through its counsel, Donald J. Walsh and Offit Kurman, P.A., files this Motion for Protective Order requesting that the Complaint and all documents filed thereafter be done so under SEAL. In support, Plaintiff states that the Complaint contains references to confidential and proprietary information relevant to the parties' proposals, the government's review and commentary on those proposals, and were produced to Reema under protective order during the course of the SBA Appeal. A proposed redacted Complaint which may be made available to the public is attached to this Motion.

WHEREFORE, Plaintiff requests that this Court enter a Protective Order protecting certain documents from public inspection and prohibiting various documents to be filed unless maintained under SEAL.

                                                              _____
                                                  Donald J. Walsh
                                                  Offit Kurman, P.A.
                                                  8 Park Center Court, Suite 200
                                                  Owings Mills, MD 21117
                                                  (443) 738-1583
                                                  (443) 738-1535 facsimile
                                                  Counsel for Plaintiff