

**FILED**

JUN 2 2 2012

U.S. COURT OF
FEDERAL CLAIMS

Reema Consulting Services, Inc.      *

     **vs.**      *      Case No. **12 - 402 - C**

The United States of America      *

\* \* \* \* \* \*

## DISCLOSURE OF CORPORATE INTEREST

***Check all that apply:***

☒      I certify, as party/counsel in this case that <u>Reema Consulting Services, Inc.</u>

(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association,

partnership or other business entity, not a party to the case, has a financial interest in the outcome

of this litigation as defined in Local Rule 103.3 (D. Md.)

☐      The following corporate affiliations exist with _____:

(name of party)

_____.

(names of affiliates)

☐      The following corporations, unincorporated associations, partnerships or other business

entities which are not parties may have a financial interest in the outcome of this litigation:

_____

(names of entities with possible financial interests)

<u>June 21, 2012</u>

*Date*

*Signature*

<u>Donald J. Walsh</u>

*Printed Name*           *Bar Number*

<u>8 Park Center Court, Suite 200</u>

*Address*

<u>Owings Mills, MD 21117</u>

*City/State/Zip*

<u>443-738-1583</u>        <u>443-738-1535</u>

*Phone No.*           *Fax No.*