IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| REEMA CONSULTING SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-402C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S SECOND MOTION FOR A PROTECTIVE ORDER

On June 27, 2012, defendant, the United States, filed a motion requesting entry of a protective order that is the same as this Court's model protective order (Form 8 of the Rules of the United States Court of Federal Claims (RCFC)), except with minor changes to paragraphs two, seven, 12, and 20. That motion was denied by the Court on the same date.

Pursuant to the Court's instructions from the June 26, 2012 status conference, defendant now submits the attached proposed protective order that fully conforms to RCFC Form 8. Defendant respectfully requests that the Court enter the attached protective order for this case.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

    s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

    s/ Nicholas Jabbour
NICHOLAS JABBOUR
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0338
Facsimile: (202) 307-0972
E-mail: Nicholas.Jabbour@usdoj.gov

June 27, 2012                                    *Attorneys for Defendant*