IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| REEMA CONSULTING SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-402C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANT'S NOTICE OF FILING THE ADMINISTRATIVE RECORD

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims

and the Court's June 26, 2012 order, defendant, the United States, hereby gives notice that it is

filing on disk the administrative record regarding the solicitation at issue in this litigation, with a

copy of the disk being sent to opposing counsel.[1]

                                    Respectfully submitted,

                                    STUART F. DELERY
                                    Acting Assistant Attorney General

                                    JEANNE E. DAVIDSON
                                    Director

                                        s/ Brian M. Simkin
                                    BRIAN M. SIMKIN
                                    Assistant Director

---

[1] The certification of this record is in the process of being executed and will be filed separately at a later date.

s/ Nicholas Jabbour
NICHOLAS JABBOUR
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0338
Facsimile: (202) 307-0972
E-mail: Nicholas.Jabbour@usdoj.gov

*Attorneys for Defendant*

Dated: July 6, 2012