IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| REEMA CONSULTING SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-402C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANT'S CERTIFICATION OF THE ADMINISTRATIVE RECORD**

Pursuant to Rule 52.1(a) of the Rules of the Court of Federal Claims, defendant, the

United States, respectfully submits the attached contracting officer certification for the

administrative record that was filed on July 6, 2012.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

_s/ Brian M. Simkin_
BRIAN M. SIMKIN
Assistant Director

_s/ Nicholas Jabbour_
NICHOLAS JABBOUR
Trial Attorney
Commercial Litigation Branch
Civil Division, Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0338
Facsimile: (202) 307-0972
E-mail: Nicholas.Jabbour@usdoj.gov

Dated: July 10, 2012                    *Attorneys for Defendant*