IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| REEMA CONSULTING SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-402C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATION OF ADMINISTRATIVE RECORD

Pursuant to Rule 52.1(a) of the Rules of the United States Court of Federal Claims, I,

Sherry Compton, certify that the Administrative Record filed on July 6, 2012 in the above-

captioned case contains the documents regarding the solicitation at issue in this litigation.

_____
Sherry Compton
Contracting Officer

Dated:  9 July 2012