# In The United States Court of Federal Claims

No. 12-402C

(Filed:  July 30, 2012)

_____

REEMA CONSULTING SERVICES INC.,

        Plaintiff,

        v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On July 19, 2012, plaintiff filed a motion to supplement the administrative record.  The motion indicated that defendant consented to the inclusion of proposed exhibit 47, but opposed the inclusion of proposed exhibits 48 and 49.  On July 30, 2012, defendant filed a response to plaintiff's motion, indicating that it was no longer opposed to the inclusion of proposed exhibits 48 and 49.

The materials that plaintiff seeks either constitute evidence bearing on irreparable harm or matters that probably should have been included in the administrative record from the outset. The motion is hereby **GRANTED**.  Accordingly, on or before August 3, 2012, plaintiff shall file on CD-ROM copies of the documents contained as attachments to its motion, said copies paginated sequentially starting from the last page of the existing administrative record.

        **IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge