IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | | |
|---|---|---|
| REEMA CONSULTING SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-402C |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's September 19, 2012 Order, the parties respectfully submit the following joint status report:  The parties were unable to agree to a settlement in this matter.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Nicholas Jabbour
NICHOLAS JABBOUR
Trial Attorney
Commercial Litigation Branch
s/ Donald J. Walsh                          Civil Division, Department of Justice
DONALD J. WALSH                          P.O. Box 480
Offit Kurman, P.A.                          Ben Franklin Station
8 Park Center Court, Suite 200              Washington, D.C. 20044
Owings Mill, MD 21117                      Telephone: (202) 616-0338
Telephone: (443) 738-1583                  Facsimile: (202) 307-0972
Facsimile: (443) 738-1535                  E-mail: Nicholas.Jabbour@usdoj.gov
E-mail: dwalsh@offitkurman.com

*Attorney for Plaintiff*                    *Attorneys for Defendant*

September 21, 2012