# In the United States Court of Federal Claims

No. 12-402 C

REEMA CONSULTING SERVICES,
INC.

                                                                          **JUDGMENT**

     v.

THE UNITED STATES

Pursuant to the court's Opinion, filed November 6, 2012, denying plaintiff's motion for judgment on the administrative record and granting defendant's cross-motion for judgment on the administrative record, and the court's Order, filed November 7, 2012, directing the Clerk to dismiss the complaint,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

                                        Hazel C. Keahey
                                        Clerk of Court

**November 8, 2012**              By:    s/ Debra L. Samler

                                        Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.  Filing fee is $455.00.